# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to:  Beckley**



**RORY L. PERRY II**
Clerk Of Court



**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

<span style="color:red">**SEALED**</span>

January 7, 2021

Clerk, United States District Court
District of Columbia
333 Constitution Avenue, NW
Room 1225
Washington, D.C.  20001

USA v. Kenneth Jevon Hale; Case No. 5:21-mj-00003 SDWV
    1:21-mj-00005 USDC/DC

Dear Clerk:

    Please find enclosed copies of documents regarding the proceedings held in this district.

If you have any questions concerning this matter, please do not hesitate to contact this office.

Sincerely,

RORY L. PERRY II, CLERK OF COURT

By:    s/Myra Anderson

Enclosures

Receipt is hereby acknowledged of the documents described herein:

Date: 1/12/2021    By: B. Bryant

Case 1:21-mj-00005-GMH    Document 8    Filed 01/12/21    Page 2 of 33

SEALED

# United States District Court
## Southern District of West Virginia (Beckley)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-00003-1 *SEALED*
### Internal Use Only

Case title: United States of America v. SEALED                    Date Filed: 01/07/2021

Assigned to: Magistrate Judge Omar J.
Aboulhosn

**Defendant (1)**

**Kenneth Jevon Hale**                    represented by  **E. Ward Morgan**
3217 Cumberland Road
Bluefield, WV 24701
304/323-2250
Fax: 304/323-2251
Email: wmorgan@citlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA - Initial Appearance*
*Only*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

DISTRIBUTION OF CHILD
PORNOGRAPHY

**Plaintiff**

**United States of America**             represented by **Jennifer Rada Herrald**
UNITED STATES ATTORNEY'S
OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 304/347-5104
Email: jennifer.herrald@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: for the United States of
America*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2021 | 1 | ORDER as to Kenneth Jevon Hale directing the Clerk to open the case in this district under SEAL. Signed by Magistrate Judge Omar J. Aboulhosn on 1/7/2021. (slr) |
| 01/07/2021 | | ARREST of Kenneth Jevon Hale (slr) |
| 01/07/2021 | 2 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Kenneth Jevon Hale. (slr) |
| 01/07/2021 | 3 | MOTION by United States of America for Detention Hearing as to Kenneth Jevon Hale. (slr) |
| 01/07/2021 | 4 | *SEALED* ORDER as to Kenneth Jevon Hale: confirming that members of the public, media and interested parties will be able to access the hearing in this matter to be conducted by videoconferencing/teleconferencing on 1/7/2021, at 12:00 p.m. by making use of the electronic methods listed herein. Signed by Magistrate Judge Omar J. Aboulhosn on 1/7/2021. (msa) |
| 01/07/2021 | 5 | CJA 23 FINANCIAL AFFIDAVIT by Kenneth Jevon Hale (slr) |
| 01/07/2021 | 6 | CONSENT TO PROCEED BY VIDEO CONFERENCE by Kenneth Jevon Hale. (msa) |
| 01/07/2021 | 7 | WAIVER OF RULE 5 & 5.1 HEARINGS by Kenneth Jevon Hale. (msa) |
| 01/07/2021 | 8 | ORDER REQUIRING BRADY DISCLOSURES as to Kenneth Jevon Hale. Signed by Magistrate Judge Omar J. Aboulhosn on 1/7/2021. (cc: Judge, counsel of record) (msa) |
| 01/07/2021 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Kenneth Jevon Hale. Defendant committed to the United States District Court for the District of of Columbia. Signed by Magistrate Judge Omar J. Aboulhosn on 1/7/2021. (cc: Judge, USA, USP, USM, counsel) (msa) |
| 01/07/2021 | 10 | INITIAL APPEARANCE ON CRIMINAL COMPLAINT as to Kenneth Jevon Hale held by Magistrate Judge Omar J. Aboulhosn on 1/7/2021; Court Reporter: CourtSmart. (msa) |
| 01/07/2021 | 11 | ORDER as to Kenneth Jevon Hale; upon hearing held 1/7/2021: appointing E. Ward Morgan, CJA Panel Attorney to represent the Defendant in this district only for the purpose of the Initial Appearance Hearing; detaining and |

| | | |
|---|---|---|
| | | remanding Defendant to the custody of the United States Marshals Service pending his transfer to the District of Columbia. Signed by Magistrate Judge Omar J. Aboulhosn on 1/7/2021. (cc: Judge, USP, USM, counsel of record, deft, Clerk-United States District Court/District of Columbia) (msa) |
| 01/07/2021 | 12 | WARRANT ISSUED by the District of Columbia RETURNED EXECUTED in case as to Kenneth Jevon Hale. Defendant arrested on 1/7/2021. (msa) |
| 01/07/2021 | 13 | LETTER to Clerk, U.S. District Court, District of Columbia, from Clerk, Southern District of West Virginia dated 1/7/2021, re: Commitment of Defendant to District of Columbia. (msa) |

A TRUE COPY CERTIFIED ON

JAN - 7 2021

RORY L. PERRY II, CLERK

By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )     CASE NO. FOR SD/WV: 5:21-mj-00003
                                     )     CASE NO. FOR D.C.: 1:21-mj-00005
                                     )
KENNETH JEVON HALE,                  )
                                     )
        Defendant.                   )

## ORDER

The Clerk is hereby **DIRECTED** to open the case in this district under **SEAL**.

**ENTERED:  January 7, 2021**.



_____
Omar J. Aboulhosn
United States Magistrate Judge

A TRUE COPY CERTIFIED ON

JAN - 7 2021

By

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | SD/WV Case No. 5:21-mj-00003 |
| v. | **Case: 1:21-mj-00005** |
| Matthew Hunter Sharp<br>D.O.B. 8/19/2001<br>Kenneth Jevon Hale<br>D.O.B. 12/7/1973<br>Shaun Jason Marvin<br>D.O.B. 11/01/1978<br>Michael Lee Otis-Currie<br>D.O.B. 3/28/1996 | **Assigned to: Judge G. Michael Harvey**<br>**Assigned Date: 1/6/2021**<br>**Description: COMPLAINT W/ARREST WARRANT** |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between on or about 10/1/2020 through 11/9/2020</u> in the county of _____ in the
_____ District of _____ Columbia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Matthew Hunter Sharp, Kenneth Jevon Hale, Shaun Jason Marvin, and Michael Lee Otis-Currie did knowingly distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Matthew Hunter Sharp, Kenneth Jevon Hale, Shaun Jason Marvin, and Michael Lee Otis-Currie did knowingly conspire together along with others to knowingly receive and distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 6th day of January, 2021.

*Complainant's Signature*

Emily Eckert, Special Agent, FBI

*Printed name and title*

Digitally signed by G. Michael Harvey
Date: 2021.01.06 17:06:30
-05'00'

Date: 1/6/2021

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

Assigned to: Judge G. Michael Harvey
Assigned Date: 1/6/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On October 1, 2020, at approximately 9:17 AM a FBI Task Force Officer was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the Under Cover Employee (UCE) entered a public KIK[1] group titled, "#you.ngshare" with a group display name of "Safe place." Upon entering the group a rules banner appeared outlining the rules of the group. The banner read, "-Hello and welcome! Send 3 images or videos to the owner or admin to verify! – Three minutes to verify – Share here don't pm."

Upon entering the group the UCE introduced himself as a 33-year-old dad with a daughter. On October 1, 2020, an administrator[2] of the group using the KIK name, "matt11clashofclans," and showing display name "Matt S," who was later identified as Matthew Hunter Sharp (hereinafter SHARP), initiated a private KIK message with the UCE. SHARP asked the UCE to "verify."[3] The UCE sent an image of his purported eight-year-old daughter clothed.[4] SHARP responded, "I either need cp[5] or it needs to be a live photo." The UCE sent SHARP a live photo of his purported daughter. SHARP thanked the UCE and verified him. SHARP further stated that most users in the group are "cp

---

[1] Kik is a freeware instant messaging mobile application where one can transmit and receive messages, photos, videos, sketches, mobile webpages, and other content.

[2] The administrator in a KIK Group is responsible for inviting new members to the group, banning members from the group, and establishing the rules of the group. There may be multiple administrators of a single group, each with these privileges.

[3] Based on her training and experience, your affiant is aware that "verify" means to prove that a user has access to children or possesses child pornography.

[4] This photograph and the other photographs sent by the UCE did not depict a real child.

[5] Based on her training and experience, your affiant is aware that "cp" is an abbreviation for child pornography.

collectors."

**A.  # You.ngshare KIK Group Activity**

Between October 1 and November 17, 2020, over 400 users joined the #you.ngshare group for varying amounts of time, although the group was limited to 50 users at any given time. During this period, various users within the group continued to share images and videos of child pornography and discussed the sexual abuse of children. For example, on October 1, 2020, when a new user with display name, "H+P 123" joined the chat, SHARP, in his role as administrator stated "Verify w mr[sic]," "me," then "Hp verified." SHARP then posted two videos to the group:

- A twenty five second video file depicting a female child approximately nine to eleven years old nude from the waist down on her hands and knees on a bed, exposing her anus and vagina to the camera. She then turns around, waves to the camera, and engages in mouth to penis contact with an adult male who appears to be holding the camera.

- A fourteen second video file depicting a female child approximately six to eight years old engaging in mouth to penis contact with an adult male who appears to be holding the camera.

After SHARP posted the videos, user "jeffalbertson70" stated "good girls."

October 9, 2020, KIK user "Scrappydo89" showing a display name of "Mike Blah," who was later identified as Michael Lanham (hereinafter LANHAM)[6], sent the following files to the #you.ngshare group:

- A video file thirty four seconds in length depicting an approximately four to six year old female child lying on a bed with her dress pulled up exposing her vagina. An adult male rubs his penis against her vagina until he ejaculates on her.

---

[6] Lanham  was arrested by the FBI on October 29, 2020 pursuant to an arrest warrant authorized by Hon. G. Michael Harvey, United States Magistrate Judge for the District of Columbia

- A video file eleven seconds in length which consists of several videos spliced together. The first depicts an approximately five to seven year old female child sucking on an adult male penis, and the third depicts an adult male penis penetrating a prepubescent female child's vagina.

- A video file one minute 49 seconds in length depicting a female child approximately two to four years old, naked from the waist down, in the lap of an adult male being vaginally penetrated by his penis.

On October 3, 2020, user "baddaddy1973," showing a display name of "Gear Head" who was later identified as Kenneth Jevon Hale (hereinafter HALE), while also acting as an administrator of the #you.ngshare group to verify new members, posted a one minute twenty four second file to the group which depicted a female child approximately seven to nine years old engaging in mouth to penis contact with an adult male. HALE then stated "from odin." Shortly after, HALE also posted a one minute fifty nine second video to the group which depicted an adult male nude on a bed with a female child approximately four to six years old. The man picks up the child's dress, and positions her on her hands and knees before pulling down her underwear and penetrating her anally or vaginally with his penis while kneeling behind her. After posting this video, HALE stated "from hec." Also, on October 19, 2020, in response to a user with display name "Elizabeth." posting a video of an adult female engaging in mouth to penis contact with a prepubescent male child, HALE stated "Mmm mom sucking her son vid never gets old."

On October 11, 2020 user "baggy8444" sent a video to the #you.ngshare group which depicts a naked adult male penetrating a naked prepubescent child, approximately ten to twelve years old, from behind. He then messaged the group "Anyone have vids like this? Don't have to be as rough just love it when they cry ☺" On October 12, 2020, user "baggy8444" sent an image of an adult female

3

sucking on the penis of a male child who appears to be approximately one to three years old. User "nofar.ma" responded "Lol its looks fun so suck one like this" and "Not a lot of work." Another user with a display name of "John Doe" responded "Nice" to which user "baggy8444" responded "Not much to Fill her mouth up with thou lol."

On October 13, 2020, user "marvinmash," showing display name "PBJ PBJ," and later identified as Shaun Jason Marvin (hereinafter MARVIN) posted a one minute video to the group which depicts two female children approximately eleven to thirteen years old sitting nude on the floor, while on camera they remove their clothes, spread their legs apart and expose their bare vaginas directly into the camera. On October 15, 2020, MARVIN also posted a one minute fifty six second video file which consists of approximately eighteen videos spliced together, all of which depict the faces of prepubescent female children as men ejaculate on their faces or in their mouths. The video file opens with the following words printed on the screen "Sweet release… Girls getting showered in CUM." On October 17, 2020 MARVIN also posted a forty nine second video file to group which depicts a female child approximately nine to eleven years sitting on the floor nude. The child turns around while on her hands and knees and spreads her buttocks apart with her hands exposing her anus and vagina to the camera and then sits with her legs spread apart exposing her vagina to the camera before masturbating for the camera.

On October 18, 2020, user "syrensong55," showing a display name of "Syren Kyng," who was later identified as Michael Lee Otis-Currie (hereinafter OTIS-CURRIE) posted a mega.nz link[7] to the group and stated "I just posted a link now u post a cp link." Three minutes later OTIS-CURRIE stated

---

[7] Based on her training and experience, your affiant is aware that Mega.nz is a secure cloud based file sharing system which allows users to provide others with web browser links to access content which has been uploaded for sharing.

"watch he not post a cp link after I just did." On November 9, 2020, an FBI Agent accessed the link provided by OTIS-CURRIE. The link routed to a folder labeled "cp" which contained approximately 2,250 image and video files the majority of which are videos constituting child pornography. For example a one minute fifty nine second video depicting a prepubescent female child lying on her back nude with her legs spread apart exposing her vagina. She is bound with rope around her thighs and calves as well as having her wrists bound over her head with the same rope. Ad adult male engages in hand to vagina contact with the child while the child engages in mouth to penis contact with the adult male. The folder also contained a subfolder titled "incest" which contained approximately 250 additional images and videos of child pornography and child erotica. For example, this folder contained a twelve minute fifty six second video depicting a nude female prepubescent child and a nude adult male, both wearing masks. During the video the adult engages in hand to vagina contact with the child as well as penetrates her vagina with his penis and with a vibrator. The child also engages in mouth to penis contact with the adult male.

In addition to communications within the group, the UCE engaged in direct message communications with HALE. On October 13, 2020 the following conversation occurred between the UCE and HALE:

HALE: Nice conversation in group. I did same with my 8 yo daughter years ago. Sadly no pics. Would love to relive it thru pics u post if ur daughter

UCE: Nice, yeah I don't have full custody but play when she sleeps and take lives

HALE: Cool. When will u get her next

HALE: I use to live to play with mine especially loved when she got scared and had to sleep in bed with me and wife.

UCE: Mmmmm, not sure hopefully next week

HALE: Like I said I sure hope so. Would love to relive that thru u n ur daughter. Was so damn hot

HALE: Especially loved cumming in her mouth while she was sleep on the couch

UCE: Mmmmm yes

UCE: I'll be back in a bit have to dun some errands

HALE: Got the tip of my cock parting her lips too. It getting moist felt so good. Also used her hand to jerk me off on her.

### B.   Identification of #You.ngshare KIK Group Participants

The FBI served Administrative Subpoenas on KIK requesting subscriber information and IP activity for users "matt11clashofclans," "baddaddy1973," "marvinmash," and "syrensong55."

#### 1.   Matthew Hunter SHARP

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "matt11clashofclans," KIK provided records indicating that the account has a display name of "Matt S" and an associated email address of msharpcsa@outlook.com. The user provided date of birth was listed as 08/19/2001. IP log information spanning September 5, 2020 to October 5, 2020, was also provided, and identified a Charter Communications IP address, 65.25.5.18, routinely used to access the target account, as well as several T-Mobile IPV4 natting IP addresses.[8] In response to an administrative subpoena, Charter Communications provided records indicating that at the date and times IP address 65.25.5.18 was used to access the "matt11clashofclans" KIK account, it was subscribed to by Cody Wright, with a service address at 4708 Passaic Court, Dayton, OH 45424. Using law enforcement databases, Wright's Facebook account was located. A query of the publically available "friends" section of this page located a Facebook page for an individual with a display name of "Matthew Sharp." A query of the Ohio Department of Motor Vehicles database identified a valid driver's license for MATTHEW HUNTER SHARP with a date of birth of 8/19/2001 (the same date

---

[8] Based on her training and experience, your affiant is aware that T-Mobile does not maintain subscriber information for individuals utilizing IPV4 natting IP addresses.

of birth associated with KIK user "matt11clashofclans" KIK account) and an address of 2712 Willowridge Drive, Dayton OH 45414. The driver's license photograph of SHARP appears to depict the same individual as seen in the profile picture for the Facebook page for "Matt Sharp" referenced above. A subscription database query for SHARP identified his current address as 4708 Passaic Court, Dayton, OH 45424 (the address associated with the IP address used to access the "matt11clashofclans" KIK account) reported on October 25, 2020 by Experian Gateway. Surveillance of the 4708 Passaic Court residence on or about December 17, 2020 revealed two males exiting the residence, get into vehicles parked outside the residence, and drive away. One of the two males appeared to be SHARP.

### 2. Kenneth Jevon HALE

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "baddaddy1973," KIK provided records indicating that the account has a display name of "Gear Head" and an associated email address of bad_ol_boy07@yahoo.com. The user provided date of birth was listed as 12/7/1973. IP log information spanning September 5, 2020 to October 5, 2020, was also provided, and identified a Suddenlink IP address, 173.80.24.154, routinely used to access the target account, as well as several Sprint IP addresses.[9] In response to an administrative subpoena, Suddenlink provided records indicating that at the date and times IP address 173.80.24.154 was used to access the "baddaddy1973" KIK account, it was subscribed to by Ginger Shrewsbury, with a service address at 210 Reservoir Road, Beckley, WV 25801. A subscription database was utilized to identify other phone listings at Shrewsbury's address, which included KENNETH JEVON HALE. A search of HALE in the same subscription database identified a Kenneth Jevon Hale, date of

---

[9] Based on her training and experience, your affiant is aware that Sprint does not maintain subscriber information for individuals utilizing their IP addresses.

birth as 12/7/1973, e-mail bad_ol_boy07@yahoo.com, current address as 210 Reservoir Road, Beckley, WV, and previous addresses in North Carolina. Law enforcement databases were also utilized to identify a Skype account associated with email address bad_ol_boy07@yahoo.com and display name "elah nek."[10] A valid driver's license for Kenneth Hale was located via a query of the North Carolina Department of Motor Vehicles database, identifying KENNETH JEVON HALE with a date of birth of 12/7/1973. Surveillance of the 210 Reservoir Road residence on or about December 29, 2020, revealed a silver Ford F150 parked on the lawn, with North Carolina license plate PKH1958. DMV records indicate the registered owner is Kenneth HALE.

### 3.  Shaun Jason MARVIN

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "marvinmash," KIK provided records indicating that the account has a display name of "PBJ PBJ" and an associated and confirmed email address of shaun.marvin@gmail.com. The user provided date of birth was listed as 11/1/1978. IP log information spanning October 4, 2020, to October 15, 2020, was also provided, and identified a Comcast IP address, 75.70.117.71, repeatedly used to access the target account, as well as several T-Mobile IPV4 natting IP addresses. In response to an administrative subpoena, Comcast Communications provided records indicating that at the date and times IP address 75.70.117.71 was used to access the "marvinmash" KIK account, it was subscribed to by Shaun Marvin, with a service address at 3002 W Pikes Peak Ave, Colorado Springs, CO, 80904. A query of the Colorado Department of Motor Vehicles database identified a valid driver's license for SHAUN JASON MARVIN with a date of birth 11/1/1978. A query of a subscription database located MARVIN's current address as 3002 W Pikes Peak Ave, Colorado Springs, CO.  According to El Paso County, Colorado property records, MARVIN is the owner of 3002 W Pikes Peak Ave, Colorado

---

[10] "elah nek" is Ken Hale spelled backwards

Springs, CO, purchased in February 2016.

### 4. Michael Lee OTIS-CURRIE

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "syrensong55," KIK provided records indicating that the account has a display name of "Syren Kyng" and an associated email address of starkyng913@gmail.com. IP log information spanning September 21, 2020, to October 21, 2020, was also provided, and identified two Frontier Communications IP addresses, 47.137.101.107 and 47.137.97.68, which were routinely used to access the target account. In response to an administrative subpoena, Frontier Communications provided records indicating that at the date and times IP addresses 47.137.101.107 and 47.137.97.68 were used to access the "syrensong55" KIK account, they were subscribed to by Lakisha Gray, with a service address of 15223 Arcadian St. Adelanto, CA 92301. In response to an administrative subpoena, Google provided subscriber information for email address starkyng913@gmail.com, which includes the recovery phone number 661-492-2940. In response to a request for subscriber information for the Mega.nz link sent by "syrensong55", Mega Limited voluntarily provided the creator of the account as "rainbowkyng@gmail.com". Mega Limited also provided 45 related email accounts to rainbowkyng@gmail.com, which included michaelcurrie531@gmail.com; michaelcurrie967@gmail.com; michaelotiscurrie@gmail.com;. A query of subscription databases located additional residents at 15223 Arcadian St. Adelanto, CA 92301, including Michael Lee OTIS-CURRIE, with telephone number 661-492-2940 (the same recovery phone number associated with the email address associated with the "syrensong55" KIK account). A query of the California Department of Motor Vehicles database identified MICHAEL LEE OTIS-CURRIE with a date of birth of 3/28/1996 and address 15223 Arcadian Street, Adelanto, CA 92301. Surveillance of the 15223 Arcadian Street residence on or about December 29, 2020 revealed a Chevy SUV parked on the street in front of the residence, with California license plate 7WID907. DMV records indicate the registered

owner is Michael Lee Otis. A check of OTIS-CURRIE's criminal history located a previous arrest for

possession and distribution of child pornography. Additionally, as of December 10, 2020, there is an

active arrest warrant for OTIS-CURRIE from Los Angeles County, CA charging him with obscenity.

Respectfully submitted,

Emily Eckert
Special Agent
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 based on information communicated by telephone on this 6th day of January, 2021*

Digitally signed by G.
Michael Harvey
Date: 2021.01.06
17:05:43 -05'00'

The Honorable G. Michael Harvey
United States Magistrate Judge

10

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | |
|---|---|
| v. | ) Case: 1:21-mj-00005 |
| Matthew Hunter Sharp | ) Assigned to: Judge G. Michael Harvey |
| D.O.B. 8/19/2001 | ) Assigned Date: 1/6/2021 |
| Kenneth Jevon Hale | ) Description: COMPLAINT W/ARREST WARRANT |
| D.O.B. 12/7/1973 | ) |
| Shaun Jason Marvin | ) |
| D.O.B. 11/01/1978 | ) |
| Michael Lee Otis-Currie | ) |
| D.O.B. 3/28/1996 | |
| *Defendants* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Kenneth Jevon Hale                                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2)
Conspiracy to Distribute Child Pornography, in violation of 18 U.S.C. Sections 2252(a)(2), (b)(1)

Date:   January 6, 2021                                  _____
                                                        Digitally signed by G.
                                                        Michael Harvey
                                                        Date: 2021.01.06
                                                        17:07:14 -05'00'
                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                       G. Michael Harvey, United States Magistrate Judge
                                                        *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 5:21-mj-00003

KENNETH JEVON HALE

<u>MOTION FOR DETENTION HEARING</u>

　　　The United States moves this Court to hold a detention hearing
pursuant to 18 U.S.C. § 3142(f) to determine whether any condition
or combination of conditions will reasonably assure the appearance
of defendant as required and the safety of other persons and of
the community.

　　　1.　　<u>Eligibility of Case</u>.　This case involves a:

　　　　　　<u>X</u>　crime of violence [18 U.S.C. § 3142(f)(1)(a)]

　　　　　　_____　maximum sentence life imprisonment or death [18
　　　　　　　　　U.S.C. § 3142(f)(1)(B)]

　　　　　　_____　10+ year controlled substance offense [18 U.S.C.
　　　　　　　　　§ 3142(f)(1)(C)]

　　　　　　_____　felony, with two prior convictions in above
　　　　　　　　　categories [18 U.S.C. § 3142(f)(1)(D)]

　　　　　　<u>X</u>　minor victim, or the possession or use of a firearm
　　　　　　　　　or destructive device, or other dangerous weapon,
　　　　　　　　　or a failure to register under 18 U.S.C. § 2250 [18
　　　　　　　　　U.S.C. § 3142(f)(1)(E)]

　　　　　　_____　serious risk defendant will flee [18 U.S.C.
　　　　　　　　　§ 3142(f)(2)(A)]

　　　　　　_____　serious risk of obstruction of justice [18 U.S.C.
　　　　　　　　　§ 3142(f)(2)(B)]

2.   <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    <u>X</u>   Defendant's appearance as required

    <u>X</u>   Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    \_\_\_\_   Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    \_\_\_\_   Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    <u>X</u>   Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4.   <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    \_\_\_\_   At first appearance

    <u>X</u>   After continuance of <u>3</u> days (not more than 3).

5.   <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6.   <u>Other Matters</u>.

DATED: January 7, 2021

                    Respectfully submitted,

                    MICHAEL B. STUART
                    United States Attorney

         By:

                    <u>/s/ Jennifer Rada Herrald</u>
                    Jennifer Rada Herrald
                    Assistant United States Attorney
                    WV Bar No. 12181
                    300 Virginia Street, East
                    Room 4000
                    Charleston, WV 25301
                    Telephone:  304-345-2200
                    Fax: 304-347-5104
                    Email:  Jennifer.herrald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,               )
                                        )
         Plaintiff,                     )
                                        )
vs.                                     )    CRIMINAL ACTION NO. 5:21-mj-00003
                                        )
KENNETH JEVON HALE,                     )
                                        )
         Defendant.                     )

## ORDER

The Court has scheduled a hearing in this matter to be conducted by videoconferencing/teleconferencing on **January 7, 2021 at 12:00 p.m.**  In accordance with the current recommendations by public health authorities to minimize all in-person contacts during the current national emergency, the courthouses in the Southern District of West Virginia are restricted to the general public. Mindful of the presumption of openness that accompanies courtroom proceedings, the Court has confirmed that **members of the public, media and interested parties** will be able to access the hearing electronically. To make use of this technology, use one of the following methods:

Click to join:
https://join.uc.uscourts.gov/invited.sf?secret=hcLCJ6rLioOtxfeqxkNlBg&id=798092313
Or call in:
- Video system, Jabber or Lync: wvsdbec2pub@uc.uscourts.gov
- Phone: 5713532300, then enter 798092313

Persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. [See Local Rule Civ. P. 83.10 or Local Rule Crim. P. 53.] Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

**ENTERED**:  January 7, 2021.

Omar J. Aboulhosn
United States Magistrate Judge

TRUE COPY CERTIFIED ON

JAN - 7 2021

RORY L. PERRY, CLERK

By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                                    CASE NO. 5:21-mj-00003

KENNETH JEVON HALE

## CONSENT TO PROCEED BY VIDEO CONFERENCE

Defendant Kenneth Jevon Hale hereby voluntarily consents to participate in the following proceeding(s) via video conferencing:

☑ Initial Appearance/Appointment of Counsel

☐ Arraignment (if on felony information, defendant must sign separate Waiver of Indictment form)

☑ Preliminary Hearing on Felony Complaint

☑ Bail/Revocation/Detention Hearing

☐ Status and/or Scheduling Conference

☐ Misdemeanor Plea/Trial/Sentence

/s/ Kevin Hale by OJA w/ Perm.
_____
Defendant's signature
*(Judge may obtain verbal consent on record and
sign for defendant*
Kenneth Jevon Hale

/s/ Ward Morgan by OJA w/ Perm
_____
Defense Counsel's Signature
*(Judge may obtain verbal consent on record and
sign for counsel)*
Defense Counsel

This proceeding was conducted by reliable video conferencing technology.

January 7, 2021
_____
Date



Omar J. Aboulhosn
United States Magistrate Judge

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:21-mj-00003 |
| | ) | |
| Kenneth Jevon Hale | ) | Charging District's Case No.   1:21-mj-00005 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*      District of Columbia

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☑    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:       01/07/2021

*Defendant's signature*

/s/ Ward Morgan by OJA w/ Perm
*Signature of defendant's attorney*

E. Ward Morgan, CJA Panel Attorney
*Printed name of defendant's attorney*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CRIMINAL ACTION NO. 5:21-mj-00003** |
| | ) |
| KENNETH JEVON HALE, | ) |
| | ) |
| **Defendant.** | ) |

**ORDER REQUIRING BRADY DISCLOSURES**

Pursuant to the enactment of United States Senate Bill 1380 regarding the obligation of the United States Attorney to make disclosures under **Brady v. Maryland**, 373 U.S. 83 (1963), it is hereby **ORDERED** as follows:

(a) Unless the parties otherwise agree and where not prohibited by law, the government shall disclose to the defense all information that is "favorable to an accused," or otherwise exculpatory, and that is known to the government.

This requirement applies regardless of whether the information would itself constitute admissible evidence. The information, furthermore, shall be produced in a reasonably usable form unless that is impracticable; in such a circumstance, it shall be made available to the defense for inspection and copying. The government does not satisfy its obligations under this order by just providing both exculpatory and inculpatory information without separately identifying the exculpatory information. Beginning at the defendant's arraignment and continuing throughout the criminal proceeding, the government shall make good-faith efforts to disclose such information to the defense as soon as reasonably possible after its existence is known, so as to enable the defense to make effective use of the disclosed information in the preparation of its case.

(b) The information to be disclosed under (a) includes, but is not limited to:

(1) Information that is inconsistent with or tends to cast doubt on the defendant's guilt as to any element, including identification of the offense(s) with which the defendant is charged;

(2) Information that tends to mitigate the charged offense(s) or reduce the potential penalty;

(3) Information that tends to establish an articulated and legally cognizable defense theory or recognized affirmative defense to the offense(s) with which the defendant is charged;

(4) Information that casts doubt on the credibility, accuracy, or admissibility of any evidence, including witness testimony, the government anticipates using in its case-in-chief at trial;

(5) Information that diminishes the degree of the defendant's culpability or the applicable base offense level under the United States Sentencing Guidelines, and

(6) Impeachment information, which includes but is not limited to:

(i)      information regarding whether any promise, reward, or inducement has been given by the government to any witness it anticipates calling in its case-in-chief;

(ii)     information that identifies all pending criminal cases against, and all criminal convictions of, any such witness;

(iii)    information about any bias or prejudice any witness may have against the defendant or any government witness;

2

   (iv)  information providing a written description of any prosecutable offense committed by a government witness, whether arrested, prosecuted, convicted or not;

   (v)  information about any mental or physical impairment of any government witness; and

   (vi)  information about any evidence admissible under Fed. R. Evid. 608 against any government witness.

(c) As impeachment information described in (b)(6) and witness-credibility information described in (b)(4) are dependent on which witnesses the government intends to call at trial, this order does not require the government to disclose such information before a trial date is set.

(d) In the event the government believes that a disclosure under this order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of the requirements of this order, which may include *in camera* review and/or withholding or subjecting to a protective order all or part of the information.

(e) For purposes of this order, the government includes federal, state, and local law enforcement officers and other government officials who have participated in the investigation and prosecution of the offense(s) with which the defendant is charged. The government has an obligation to seek from these sources all information subject to disclosure under this order.

(f) The Court may set specific timelines for disclosure of any information encompassed by this order.

(g) If the government fails to comply with this order, the Court, in addition to directing production of the information, may: (1) specify the terms and conditions of such production; (2)

grant a continuance; (3) impose evidentiary sanctions; or (4) enter any other order that is just under the circumstances. Further, failure to comply may also result in disciplinary action against the prosecutor.

**Entered** this 7th day of **January, 2021**.

Omar J. Aboulhosn
United States Magistrate Judge

A TRUE COPY CERTIFIED ON

JAN - 7 2021

RORY L. PERRY II, CLERK
U.S. District Court

By_____ Deputy

4

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   5:21-mj-00003 |
| | ) | |
| Kenneth Jevon Hale | ) | Charging District's |
| *Defendant* | ) | Case No.   1:21-mj-00005 |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___USDC for the___ District of ___Columbia___,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____.

The defendant:    ❏ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   01/07/2021                          _Omar J. Aboulhosn_

Omar J. Aboulhosn
United States Magistrate Judge

*Printed name and title*



# Courtroom Minute Entry

**Room:** Bluefield                                        **Case No.:** 5:21-mj-00003                    **Type:** Initial Appearance
**Caption:** USA v. Kenneth Jevon Hale              **Judge:** Omar Aboulhosn

**Started:**   1/7/2021 12:07:05 PM
**Ends:**       1/7/2021 12:27:29 PM           **Length: 00:20:25**

Judge Omar Aboulhosn
Courtroom Deputy Tammy Davis
Court Reporter - CourtSmart
AUSA Jennifer Rada Herrald (via telephone)
CJA Panel Attorney E. Ward Morgan (in person)
Defendant Kenneth Jevon Hale (via video from Southern Regional Jail)
USPO Assistant Justin Arthur (via telephone)

**INITIAL APPEARANCE ON CRIMINAL COMPLAINT**
Case number for SD/WV 5:21-mj-3
Case number for District of Columbia 1:21-mj-5

| | |
|---|---|
| 12:16:09 PM | Judge Omar Aboulhosn |
| 12:16:11 PM | Calls case |
| 12:16:42 PM | This hearing is being made available to the public by way of audio and video, recording strictly prohibited |
| 12:17:03 PM | Notes appearance of counsel, defendant and probation |
| 12:17:09 PM | Mr. Morgan, have you discussed the Consent to Appear by Video with your client? |
| 12:17:28 PM | CJA Panel Attorney E. Ward Morgan |
| 12:17:30 PM | I have your honor and Mr. Hale consents to appearing by video. |
| 12:17:43 PM | Judge Omar Aboulhosn |
| 12:17:44 PM | Mr.  Hale, do I have your permission to check the boxes and sign your name to the Consent form? |
| 12:18:16 PM | Defendant Kenneth Jevon Hale |
| 12:18:18 PM | Yes sir. |
| 12:18:20 PM | CJA Panel Attorney E. Ward Morgan |
| 12:18:21 PM | You have my permission to sign the form on my behalf as well, your honor. |
| 12:18:31 PM | Judge Omar Aboulhosn |
| 12:18:32 PM | States the basis for the defendant's arrest. |
| 12:18:34 PM | Mr. Morgan, does your client wish to have an Identity Hearing? |
| 12:18:41 PM | CJA Panel Attorney E. Ward Morgan |
| 12:18:44 PM | The defendant wishes to waive an Identity Hearing and all hearings here, your honor. |
| 12:18:46 PM | Judge Omar Aboulhosn |
| 12:18:49 PM | States rights of defendant and defendant acknowledged these rights. |
| 12:19:25 PM | Defendant Kenneth Jevon Hale |
| 12:19:32 PM | States personal information |
| 12:20:12 PM | Judge Omar Aboulhosn |
| 12:20:17 PM | The Court has reviewed the financial affidavit and finds the defendant does qualify for court-appointed |
| 12:20:25 PM | counsel. Representing you today for purposes of this Initial Appearance only is Mr. Morgan. |
| 12:20:48 PM | States additional rights of defendant and defendant acknowledges the same. |
| 12:20:53 PM | States violation(s) in charging document and possible penalties |
| 12:22:06 PM | Defendant has a right to a Preliminary Hearing to determine if there is probable cause. |
| 12:22:12 PM | Mr. Morgan, you indicated he wishes to have all hearings in District of Columbia, is that correct? |
| 12:23:02 PM | CJA Panel Attorney E. Ward Morgan |
| 12:23:04 PM | Yes sir. |
| 12:23:06 PM | Judge Omar Aboulhosn |
| 12:23:36 PM | Discusses Waiver of Rule 5 and 5.1 Hearings document |
| 12:24:22 PM | Defendant has a right to a Detention Hearing. Do you wish to have that Detention Hearing here or in the |
| 12:24:26 PM | District of Columbia? |
| 12:25:00 PM | Defendant Kenneth Jevon Hale |
| 12:25:14 PM | There |
| 12:25:21 PM | Executed Waiver of Rule 5 and 5.1 Hearing |
| 12:25:22 PM | Judge Omar Aboulhosn |
| 12:25:24 PM | Mr. Morgan, do I have your permission to sign your name to the waiver when I get it back from SRJ? |
| 12:25:39 PM | CJA Panel Attorney E. Ward Morgan |

| | |
|---|---|
| **12:25:40 PM** | Yes sir. |
| **12:25:44 PM** | Judge Omar Aboulhosn |
| **12:25:58 PM** | Pursuant to the defendant wanting future hearings in the District of Columbia, the defendant is remanded |
| **12:26:13 PM** | to the custody of the United States Marshals pending his transfer to the District of Columbia |
| **12:26:16 PM** | Discusses ***Brady v. Maryland*** |
| **12:26:24 PM** | Do you have any questions or is there anything else we need to take care of, Ms. Herrald or Mr. Morgan? |
| **12:26:33 PM** | Let me ask, is probation going to do an interview now, Mr. Morgan? |
| **12:27:03 PM** | CJA Panel Attorney E. Ward Morgan |
| **12:27:05 PM** | Yes sir. |
| **12:27:06 PM** | Judge Omar Aboulhosn |
| **12:27:08 PM** | Ms. Herrald, you may drop off the call so an interview can be done by probation for the Pretrial Services |
| **12:27:23 PM** | Report. |
| | Hearing adjourned |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　) | |
| 　　　　) | |
| 　　Plaintiff,　　　　) | |
| 　　　　) | |
| vs.　　　　) | **CASE NO. 5:21-mj-00001 for SD/WV** |
| 　　　　) | **CASE NO. 1:21-mj-00005 for D.C.** |
| 　　　　) | |
| KENNETH JEVON HALE,　　　　) | |
| 　　　　) | |
| 　　Defendant.　　　　) | |

**<u>ORDER</u>**

At Bluefield, on January 7, 2021, came the Defendant who appeared via videoconference from Southern Regional Jail in custody for the purpose of an Initial Appearance pursuant to a warrant issued upon a ***Criminal Complaint*** filed in the District of Columbia. Assistant United States Attorney Jennifer Rada Herrald appeared on behalf of the United States via telephone; E. Ward Morgan, CJA Panel Attorney, appeared on behalf of the Defendant in person; and United States Probation Officer Assistant Justin Arthur appeared via telephone.

The Court conducted an Initial Appearance without the physical presence of the Defendant using videoconferencing/teleconferencing technology. On the record at the hearing, the Court confirmed that the Defendant had an opportunity to consult with counsel and consented to the remote proceeding.

The Defendant was not called upon to plead. The Court informed the Defendant of the nature of the charges contained in the ***Criminal Complaint***. The Court further informed the Defendant that he was not required to make a statement and that any statement made by the Defendant may be used against him.

Based upon the financial affidavit submitted by the Defendant, it is **ORDERED** that E. Ward Morgan, CJA Panel Attorney, is appointed to represent the Defendant in this district only for purpose of the Initial Appearance Hearing.

The Defendant acknowledged that he was the Kenneth Jevon Hale named in the ***Criminal Complaint*** and expressly waived his right to an Identity Hearing. Thereafter, the Court advised the Defendant of his rights and of the specific violations alleged in the ***Criminal Complaint***. The Defendant confirmed that he understood his rights and the allegations against him. The Court, with defense counsel and the Defendant's permission, executed a written ***Waiver of Rule 5 & 5.1 Hearings*** in this district and requested all further hearings be held in the charging district. The written waiver will be made part of the record. The Court also entered a ***Commitment to Another District***.

The Court **ORDERED** the Defendant detained and remanded to the custody of the United States Marshals Service pending his transfer to the District of Columbia.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant; counsel of record; the United States Probation Department; the United States Marshals Service; and the Clerk of the United States District Court for the District of Columbia.

**ENTERED**: January 7, 2021.

Omar J. Aboulhosn
United States Magistrate Judge

A TRUE COPY CERTIFIED ON

JAN - 7 2021

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia



United States of America
v.

Matthew Hunter Sharp
D.O.B. 8/19/2001
Kenneth Jevon Hale
D.O.B. 12/7/1973
Shaun Jason Marvin
D.O.B. 11/01/1978
Michael Lee Otis-Currie
D.O.B. 3/28/1996

*Defendants*

)
)
)
)
)
)
)

Case: 1:21-mj-00005
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/6/2021
Description: COMPLAINT W/ARREST WARRANT

**SEALED**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kenneth Jevon Hale

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2)
Conspiracy to Distribute Child Pornography, in violation of 18 U.S.C. Sections 2252(a)(2), (b)(1)

Digitally signed by G.
Michael Harvey
Date: 2021.01.06
17:07:14 -05'00'

Date:   January 6, 2021

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-6-21 EST, and the person was arrested on *(date)* 1-7-21 EST at *(city and state)* Beckley, WV |
| Date: 1-7-21 EST   TFO Det. H.W. Long   *Arresting officer's signature* |
| TFO Det. H.W. Long   E. Tipton   DUSM   *Printed name and title* |